IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
    v.                       )    No. 06 C 5089
                             )
HARVEY L. TEICHMAN, et al.,  )
                             )
            Defendants.      )

MEMORANDUM ORDER

In response to this Court's oral directive to counsel for codefendant U.S. Bank, N.A. ("U.S. Bank") at the last status hearing, including a recommendation that he read the Appendix to State Farm Mut. Auto. Ins. Co. v. Riley, 199 F.R.D. 276 (N.D. Ill. 2001), counsel has filed U.S. Bank's First Amended Answer to the Corrected Second Amended Complaint in this action. That pleading has regrettably failed to heed the admonition in App. ¶1 of the State Farm opinion that understandably emphasizes the need for a pleader to disclaim a belief in the correctness of a complaint's allegations if the pleader expects to get the benefit of a deemed denial. Accordingly U.S. Bank's counsel must again return to the drawing board to correct the flawed disclaimers promptly, once again without cost to the client.

                                _____
                                Milton I. Shadur
                                Senior United States District Judge

Date: April 26, 2007